IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MENDOZA and REYNALDO ESCOBEDO,<br><br>    Plaintiffs,<br><br>  v.<br><br>LIGHTNING VANS LINES, INC., et al,<br><br>    Defendants. | No. C 12-2215 MMC<br><br>**ORDER DENYING PARTIES' STIPULATION TO EXTEND DISCOVERY AND MOTION DEADLINES** |

Before the Court is the parties' Stipulation to Extend Discovery and Motion Deadlines, filed December 14, 2012. The proposed dates, however, do not take into consideration the dates remaining as initially set. In particular, under the proposed schedule, the hearing on dispositive motions would take place on June 14, 2013, see Civil L.R. 7-2 (a), 3 days after the date on which the parties' pretrial filings are due in connection with the Pretrial Conference. (See Pretrial Preparation Order, filed Aug. 18, 2012 at 2 (scheduling Pretrial Conference for June 25, 2013); Pretrial Instructions, filed Aug. 18, 2012 at 3, 5 (directing parties to file joint Pretrial Statement and motions in limine "no later than ten court days prior to the date set for the Pretrial Conference") (emphasis in original).)

Accordingly, the motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: December 18, 2012

MAXINE M. CHESNEY
United States District Judge