MICHELLE R. FERBER, #149929
JONATHAN R. BABIONE, #270053
FRANKEL & GOLDWARE, LLP
6111 Bollinger Canyon Road, Suite 475
San Ramon, California 94583
(925) 355-9800
(925) 355-9801  FAX
mferber@danvillelaw.com
jbabione@danvillelaw.com

Attorneys for Defendants
Lightning Van Lines, Inc., Haim Zaguri, and Inbal Zaguri

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MENDOZA, an individual, and REYNALDO ESCOBEDO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LIGHTNING VAN LINES, INC., a California corporation; HAIM ZAGURI, an individual; and INBAL ZAGURI, an individual,<br><br>Defendants. | Case No. 12-CV-02215-MMC<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES AND ORDER THEREON** |

The parties to this action, through their respective counsel, stipulate as follows:

1. On August 28, 2012, the Court ordered various discovery and motion deadlines as set forth in Exhibit A, attached hereto.

2. Due to the parties' scheduling conflicts, the parties have agreed to extend certain discovery deadlines.

///

///

///

///

///

3. IT IS HEREBY STIPULATED by and between the parties hereto and their principals, that the following discovery deadlines be extended as follows:

| | |
|---|---|
| Non-Expert Discovery Cut-off: | March 22, 2013 |
| Designation of Experts: | April 1, 2013 |
| Rebuttal to Designation of Experts: | April 15, 2013 |
| Expert Discovery Cut-off: | May 6, 2013 |

All other deadlines will remain unchanged as set forth in Exhibit A.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 8, 2013

ZURADA LAW GROUP

By: s/Martin Zurada
Martin Zurada
Attorneys for Plaintiffs, Jorge Mendoza and Reynaldo Escobedo

Dated: January 8, 2013

FRANKEL & GOLDWARE, LLP

By: s/Michelle R. Ferber
Michelle R. Ferber
Jonathan R. Babione
Attorneys for Defendants
Lightning Van Lines, Inc., Haim Zaguri, and Inbal Zaguri

PURSUANT TO STIPULATION IT IS SO ORDERED.

Dated: January 9, 2013

By: *Maxine M. Chesney*
Honorable Maxine M. Chesney
United States District Court Judge