Mark L. Venardi (SBN 173140)
Martin Zurada (SBN 218235)
VENARDI ZURADA LLP
700 Ygnacio Valley Road, Suite 300
Walnut Creek, California 94596
Telephone: (925) 937-3900
Facsimile: (925) 937-3905

Attorneys for Plaintiffs,
JORGE MENDOZA and REYNALDO ESCOBEDO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MENDOZA, an individual, and REYNALDO ESCOBEDO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LIGHTNING VAN LINES, INC., a California corporation; HAIM ZAGURI, an individual; INBAL ZAGURI, an individual; and DOES 1-100, inclusive,<br><br>Defendants. | Case No.: 12-CV-02215-MMC<br><br>**STIPULATION TO CONTINUE MOTION FOR PARTIAL SUMMARY JUDGMENT HEARING AND MOTION BRIEFING SCHEDULE AND ORDER THEREON** |

The parties, through their counsel of record, stipulate as follows:

1. The hearing for Defendants Haim Zaguri's and Inbal Zaguri's Motion for Partial Summary Judgment is currently scheduled for February 8, 2013 in this action.

2. After the Court signed the Stipulation to Extend Discovery Deadlines and Order Thereon, setting the deadline for non-expert discovery to March 22, 2013, designation of experts to April 1, 2013, rebuttal to designation of experts to April 15, 2013, and expert discovery cut-off to May 6, 2013, the parties wish to extend the hearing and Plaintiffs' opposition deadline for the Motion for Partial Summary Judgment to a time after the conclusion of non-expert discovery.

3. A hearing after the conclusion of non-expert discovery will allow each party to

conduct discovery to address the Motion for Partial Summary Judgment.

4. IT IS HEREBY STIPULATED by and between the parties hereto and their principals, that Defendants Haim Zaguri's and Inbal Zaguri's Motion for Partial Summary Judgment be continued as follows:

    a. Plaintiffs' Opposition Deadline:    March 15, 2013
    b. Defendants' Reply Deadline:    March 22, 2013
    c. Hearing:    April 5, 2013

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: January 14, 2013

VENARDI ZURADA LLP

By: _____
Martin Zurada
Attorneys for Plaintiffs, Jorge Mendoza and Reynaldo Escobedo

Dated: January 15, 2013

FRANKEL & GOLDWARE, LLP

By: _____
Michelle R. Ferber
Ellen P. Rosenbluth
Jonathan R. Babione
Attorneys for Defendants, Lighning Van Lines, Inc., Haim Zaguri, and Inbal Zaguri

**PURSUANT TO THE STIPULATION IT IS SO ORDERED.**

Dated: January 15, 2013

By: _____
Honorable Maxine M. Chesney
United States District Court Judge

---

THE VENARDI LAW FIRM
700 Ygnacio Valley Road, Suite 300
Walnut Creek, CA 94596
Tel: (925) 937-3900
Fax: (925) 937-3905

STIPULATION TO CONTINUE HEARING FOR MSJ      CASE NO.: 12-CV-02215 MMC