MARK VENARDI, #173140
MARTIN ZURADA, # 218235
VENARDI ZURADA LLP
700 Ygnacio Valley Road, #300
Walnut Creek, CA 94596
(925)-937-3900
(925) 937-3905 FAX
MVenardi@VEFIRM.COM

Attorneys for Plaintiffs
Jorge Mendoza and Reynaldo Escobedo

MICHELLE R. FERBER, #149929
JONATHAN R. BABIONE, #270053
FRANKEL & GOLDWARE, LLP
6111 Bollinger Canyon Road, Suite 475
San Ramon, California 94583
(925) 355-9800
(925) 355-9801 FAX
mferber@danvillelaw.com

Attorneys for Defendants
Lightning Van Lines, Inc., Haim Zaguri, and Inbal Zaguri

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MENDOZA, an individual, and REYNALDO ESCOBEDO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>LIGHTNING VAN LINES, INC., a California corporation; HAIM ZAGURI, an individual; and INBAL ZAGURI, an individual,<br><br>Defendants. | Case No. 12-CV-02215-MMC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

ALL OF THE PARTIES TO THIS LITIGATION AND THEIR COUNSEL HEREBY STIPULATE TO THE ENTRY OF THIS AGREED ORDER OF DISMISSAL:

///

///

**AGREED ORDER OF DISMISSAL**

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994):

IT IS SO STIPULATED, THROUGH THE PARTIES AND THEIR COUNSEL OF RECORD.

Dated: March ___, 2013          By:_____
                                     Plaintiff Jorge Mendoza

Dated: March ___, 2013          By:_____
                                     Plaintiff Reynaldo Escobedo

Dated: March ___, 2013          By:_____
                                     Defendant Haim Zaguri

Dated: March 20, 2013           By:_____
                                     Defendant Inbal Zaguri

Dated: March 20, 2013           By:_____
                                     Defendant Lightning Van Lines, Inc.

Dated: March ___, 2013          VENARDI ZURADA LLP


                                By:_____
                                   Mark Venardi
                                   Attorneys for Plaintiffs, Jorge Mendoza and
                                   Reynaldo Escobedo

Dated: March ___, 2013          FRANKEL & GOLDWARE, LLP


                                By:_____
                                   Michelle R. Ferber
                                   Attorneys for Defendants
                                   Lightning Van Lines, Inc., Haim Zaguri, and
                                   Inbal Zaguri

Case No. 12-CV-02215-MMC                    2
STIPULATION AND ORDER OF DISMISSAL

## AGREED ORDER OF DISMISSAL

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994):

IT IS SO STIPULATED, THROUGH THE PARTIES AND THEIR COUNSEL OF RECORD.

Dated: March ___, 2013         By: _____
                                    Plaintiff Jorge Mendoza

Dated: March ___, 2013         By: _____
                                    Plaintiff Reynaldo Escobedo

Dated: March ___, 2013         By: _____
                                    Defendant Haim Zaguri

Dated: March ___, 2013         By: _____
                                    Defendant Inbal Zaguri

Dated: March ___, 2013         By: _____
                                    Defendant Lightning Van Lines, Inc.

Dated: March 20, 2013          VENARDI ZURADA LLP

                               By: _____
                                    Mark Venardi
                                    Attorneys for Plaintiffs, Jorge Mendoza and
                                    Reynaldo Escobedo

Dated: March ___, 2013         FRANKEL & GOLDWARE, LLP

                               By: _____
                                    Michelle R. Ferber
                                    Attorneys for Defendants
                                    Lightning Van Lines, Inc., Haim Zaguri, and
                                    Inbal Zaguri

Case No. 12-CV-02215-MMC                    2
STIPULATION AND ORDER OF DISMISSAL

Case3:12-cv-02215-MMC Document34 Filed03/26/13 Page4 of 4

**IT IS HEREBY ORDERED:**

1. The parties shall comply with all of the terms of their confidential Settlement Agreement and Mutual Release of All Claims ("Settlement Agreement") entered into on March 5, 2013.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement through December 31, 2014.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed, with prejudice, and each party shall bear its own attorney's fees and costs.

Dated: March 26, 2013

By: _____
Honorable Maxine M. Chesney
United States District Court Judge