MARK VENARDI, #173140
MARTIN ZURADA, # 218235
VENARDI ZURADA LLP
700 Ygnacio Valley Road, #300
Walnut Creek, CA 94596
(925)-937-3900
(925) 937-3905 FAX
MVenardi@VEFIRM.COM

Attorneys for Plaintiffs
Jorge Mendoza and Reynaldo Escobedo

MICHELLE R. FERBER, #149929
JONATHAN R. BABIONE, #270053
FRANKEL & GOLDWARE, LLP
6111 Bollinger Canyon Road, Suite 475
San Ramon, California 94583
(925) 355-9800
(925) 355-9801 FAX
mferber@danvillelaw.com

Attorneys for Defendants
Lightning Van Lines, Inc., Haim Zaguri, and Inbal Zaguri

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE MENDOZA, an individual, and REYNALDO ESCOBEDO, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> LIGHTNING VAN LINES, INC., a California corporation; HAIM ZAGURI, an individual; and INBAL ZAGURI, an individual, <br><br> Defendants. | Case No. 12-CV-02215-MMC <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

ALL OF THE PARTIES TO THIS LITIGATION AND THEIR COUNSEL HEREBY STIPULATE TO

THE ENTRY OF THIS AGREED ORDER OF DISMISSAL:

///

///

## AGREED ORDER OF DISMISSAL

The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994):

IT IS SO STIPULATED, THROUGH THE PARTIES AND THEIR COUNSEL OF RECORD.

Dated: March ___, 2013

By: _____
Plaintiff Jorge Mendoza

Dated: March ___, 2013

By: _____
Plaintiff Reynaldo Escobedo

Dated: March ___, 2013

By: _____
Defendant Haim Zaguri

Dated: March 20, 2013

By: _____
Defendant Inbal Zaguri

Dated: March 20, 2013

By: _____
Defendant Lightning Van Lines, Inc.

Dated: March ___, 2013

VENARDI ZURADA LLP

By: _____
Mark Venardi
Attorneys for Plaintiffs, Jorge Mendoza and Reynaldo Escobedo

Dated: March ___, 2013

FRANKEL & GOLDWARE, LLP

By: _____
Michelle R. Ferber
Attorneys for Defendants
Lightning Van Lines, Inc., Haim Zaguri, and Inbal Zaguri

08/28/2011  09:10AM  4082236403              SAL VERONICA                              PAGE  11/17
19259373905                                                      13:16:45  03-18-2013    11/15

## AGREED ORDER OF DISMISSAL

1. The parties hereby agree that this case has been settled and that all issues and controversies have been resolved to their mutual satisfaction. The parties request the Court to retain jurisdiction to enforce the terms of their settlement agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. of America*, 511 U.S. 375, 381-82 (1994):

IT IS SO STIPULATED, THROUGH THE PARTIES AND THEIR COUNSEL OF RECORD.

Dated: March ___, 2013           By: _____
                                      Plaintiff Jorge Mendoza

Dated: March ___, 2013           By: _____
                                      Plaintiff Reynaldo Escobedo

Dated: March ___, 2013           By: _____
                                      Defendant Haim Zaguri

Dated: March ___, 2013           By: _____
                                      Defendant Inbal Zaguri

Dated: March ___, 2013           By: _____
                                      Defendant Lightning Van Lines, Inc.

Dated: March 20, 2013            VENARDI ZURADA LLP

                                 By: _____
                                      Mark Venardi
                                      Attorneys for Plaintiffs, Jorge Mendoza and
                                      Reynaldo Escobedo

Dated: March ___, 2013           FRANKEL & GOLDWARE, LLP

                                 By: _____
                                      Michelle R. Ferber
                                      Attorneys for Defendants
                                      Lightning Van Lines, Inc., Haim Zaguri, and
                                      Inbal Zaguri

**IT IS HEREBY ORDERED:**

1. The parties shall comply with all of the terms of their confidential Settlement Agreement and Mutual Release of All Claims ("Settlement Agreement") entered into on March 5, 2013.

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the Settlement Agreement through December 31, 2014.

3. Except as provided for in paragraphs 1 and 2 above, this case is dismissed, with prejudice, and each party shall bear its own attorney's fees and costs.

Dated: March 26, 2013

By: /s/ Maxine M. Chesney
Honorable Maxine M. Chesney
United States District Court Judge